UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAISHEL T. BURLEY          :    Chapter 7
                           :
    Debtor                 :    Bankruptcy No. 25-14502 - AMC

CHAPTER 7 TRUSTEE'S MOTION
TO DISMISS DEBTOR'S BANKRUPTCY CASE

AND NOW, comes Robert H. Holber, Esquire, Chapter 7 Trustee, who files this Motion to Dismiss Debtor's Bankruptcy Case and avers as follows:

1. Robert H. Holber, Esquire, Chapter 7 Trustee was appointed as the Chapter 7 Trustee on November 5, 2025.

2. A 341(a)Creditors Meeting was scheduled for December 10, 2025. However, the 341(a) Creditors Meeting was continued until January 8, 2026 to allow Debtor time to provide documents requested by the Chapter 7 Trustee at the 341(a) Creditors Meeting.

3. At the 341(a)Creditors Meeting bank statements were requested. However, bank statements for Police & Fire Federal Credit Union and Cash App statements were not provided.

6. E-mails were sent to counsel and/or his paralegal on December 16, 2025, January 2, 2026 and January 5, 2026e-mail as regards the requested documents. Counsel has advised our office that his client has been wholly uncooperative in providing the requested bank statements, despite their best efforts. Attached hereto and made a part hereof marked as Exhibit "A" is a true and correct copy of said e-mails.

8. To date counsel has not received nor uploaded the requested documents.

9. The requested documents are necessary to enable the Chapter 7 Trustee to have a true and accurate picture of Debtor's financial affairs.

10. Title 11 §521(3) of the Bankruptcy Code provides that the Debtor must "cooperate with the Trustee as necessary to enable the Trustee to perform the

Trustee's duty under this Title." The debtor has failed to perform his duties as mentioned under this section of the Bankruptcy Code.

WHEREFORE, Robert H. Holber, Esquire, Chapter 7 Trustee hereby requests that this Honorable Court order that this case be dismissed.

_____
Robert H. Holber, Esquire
Chapter 7 Trustee
41 E. Front Street
Media, PA 19063