# Linda Talley

| | |
|---|---|
| **From:** | Linda Talley |
| **Sent:** | Tuesday, December 16, 2025 3:37 PM |
| **To:** | 'BRAD@SADEKLAW.COM' |
| **Subject:** | Case # 25-14502, Burley, Jaishel T. |

Mr. Sadek:

    Please allow this email to remind you, Trustee Holber asked for bank statements at the 341 Meeting of Creditors.

    Trustee Holber gives 10 days from the date of the 341 Meeting to produce the requested information. To date our office has not received the requested information/documentation. Kindly upload the documentation.

Thank you, Linda


Linda Talley, Paralegal
Law Office of Robert H. Holber, P.C.
41 East Front Street
Media, PA 19063
p) (610) 565-5463
f): (610) 565-5474


CONFIDENTIALITY NOTICE:  The preceding text and document(s) accompanying this E-mail transmission contain confidential and/or privileged information from the law firm of ROBERT H. HOLBER, P.C.. The information is intended only for the use of the recipient named on this E-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this E-mail is strictly prohibited. Review of this E-mail and the attached documents, if any, by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege.  THEREFORE, if you have received this E-mail in error, please notify us immediately at (610) 565-5463.



EXHIBIT A

# Linda Talley

| | |
|---|---|
| **From:** | Linda Talley |
| **Sent:** | Friday, January 2, 2026 9:31 AM |
| **To:** | 'BRAD@SADEKLAW.COM'; Rebecca Shatzoff |
| **Subject:** | Case # 25-14502, Burley, Jaishel T. |

Reba:

    Thank you for providing the American Heritage bank statement. However, please be advised I am waiting for the Cash App and Police & Fire statements as well.

Thank you, Linda


Linda Talley, Paralegal
Law Office of Robert H. Holber, P.C.
41 East Front Street
Media, PA 19063
p) (610) 565-5463
f): (610) 565-5474


CONFIDENTIALITY NOTICE: The preceding text and document(s) accompanying this E-mail transmission contain confidential and/or privileged information from the law firm of ROBERT H. HOLBER, P.C.. The information is intended only for the use of the recipient named on this E-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this E-mail is strictly prohibited. Review of this E-mail and the attached documents, if any, by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege. THEREFORE, if you have received this E-mail in error, please notify us immediately at (610) 565-5463.

1

# Linda Talley

**From:** Linda Talley
**Sent:** Monday, January 5, 2026 11:18 AM
**To:** 'BRAD@SADEKLAW.COM'; Rebecca Shatzoff
**Subject:** Burley (25-14502)

Hi Reba:

    Can you please provide an update as to the status of providing the requested bank statements? If you recall, Trustee Holber requested them at the 341 Meeting of creditors on 12/10/25. The rescheduled 341 Meeting of Creditors is this Thursday (01/08/26).

Thank you, Linda


Linda Talley, Paralegal
Law Office of Robert H. Holber, P.C.
41 East Front Street
Media, PA 19063
p) (610) 565-5463
f): (610) 565-5474


CONFIDENTIALITY NOTICE: The preceding text and document(s) accompanying this E-mail transmission contain confidential and/or privileged information from the law firm of ROBERT H. HOLBER, P.C.. The information is intended only for the use of the recipient named on this E-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this E-mail is strictly prohibited. Review of this E-mail and the attached documents, if any, by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege. THEREFORE, if you have received this E-mail in error, please notify us immediately at (610) 565-5463.

# Linda Talley

**From:** Linda Talley
**Sent:** Monday, January 5, 2026 11:37 AM
**To:** 'Michael Assad'
**Subject:** RE: Burley (25-14502)

Okay. If she doesn't show we will file a Motion to Dismiss the case.

Linda Talley, Paralegal
Law Office of Robert H. Holber, P.C.
41 East Front Street
Media, PA 19063
p) (610) 565-5463
f): (610) 565-5474

CONFIDENTIALITY NOTICE: The preceding text and document(s) accompanying this E-mail transmission contain confidential and/or privileged information from the law firm of ROBERT H. HOLBER, P.C.. The information is intended only for the use of the recipient named on this E-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this E-mail is strictly prohibited. Review of this E-mail and the attached documents, if any, by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege. THEREFORE, if you have received this E-mail in error, please notify us immediately at (610) 565-5463.

**From:** Michael Assad <michael@sadeklaw.com>
**Sent:** Monday, January 5, 2026 11:33 AM
**To:** Linda Talley <ltalley@holber.com>
**Subject:** Re: Burley (25-14502)

I have informed her that she must attend, but I will be surprised if she does.

Mike Assad
Attorney at Law
Sadek Law Offices, LLC
Phone (PA): 215-545-0008
Phone (NJ): 856-890-9003

On Mon, Jan 5, 2026 at 11:30 AM Linda Talley <ltalley@holber.com> wrote:

> Is the debtor going to appear at the 341 Meeting on Thursday?
>
> Linda Talley, Paralegal
> Law Office of Robert H. Holber, P.C.

1

41 East Front Street
Media, PA 19063
p) (610) 565-5463
f): (610) 565-5474


CONFIDENTIALITY NOTICE: The preceding text and document(s) accompanying this E-mail transmission contain confidential and/or privileged information from the law firm of ROBERT H. HOLBER, P.C.. The information is intended only for the use of the recipient named on this E-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this E-mail is strictly prohibited. Review of this E-mail and the attached documents, if any, by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege. THEREFORE, if you have received this E-mail in error, please notify us immediately at (610) 565-5463.


**From:** Michael Assad <michael@sadeklaw.com>
**Sent:** Monday, January 5, 2026 11:27 AM
**To:** Linda Talley <ltalley@holber.com>
**Cc:** BRAD@SADEKLAW.COM; Rebecca Shatzoff <rebecca@sadeklaw.com>
**Subject:** Re: Burley (25-14502)


Hi Linda,

The Debtor has been wholly uncooperative in providing the requested bank statements, despite our best efforts.


Mike Assad

Attorney at Law

Sadek Law Offices, LLC

Phone (PA): 215-545-0008

Phone (NJ): 856-890-9003

2

---------- Forwarded message ---------
From: **Linda Talley** <ltalley@holber.com>
Date: Mon, Jan 5, 2026 at 11:17 AM
Subject: Burley (25-14502)
To: BRAD@SADEKLAW.COM <BRAD@sadeklaw.com>, Rebecca Shatzoff <rebecca@sadeklaw.com>

Hi Reba:

     Can you please provide an update as to the status of providing the requested bank statements? If you recall, Trustee Holber requested them at the 341 Meeting of creditors on 12/10/25. The rescheduled 341 Meeting of Creditors is this Thursday (01/08/26).

Thank you, Linda

Linda Talley, Paralegal
Law Office of Robert H. Holber, P.C.
41 East Front Street
Media, PA 19063
p) (610) 565-5463
f): (610) 565-5474

CONFIDENTIALITY NOTICE: The preceding text and document(s) accompanying this E-mail transmission contain confidential and/or privileged information from the law firm of ROBERT H. HOLBER, P.C.. The information is intended only for the use of the recipient named on this E-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this E-mail is strictly prohibited. Review of this E-mail and the attached documents, if any, by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege. THEREFORE, if you have received this E-mail in error, please notify us immediately at (610) 565-5463.